IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-WM-2073 (PAC)

ROBERTA PULSE,
TONYA HOUSE,

    Plaintiff(s),

v.

THE LARRY H. MILLER CORP. - DENVER,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiffs' Unopposed Motion to File Witness and Exhibit Lists and to Vacate Hearing as Moot [filed July 6, 2005] is **GRANTED** as follows:

    The motions hearing set for July 13, 2005 is *vacated.*

    IT IS **ORDERED** that plaintiff's proposed Exhibit and Witness Lists tendered July 6, 2005, shall replace plaintiff's exhibit and witness lists attached to the Final Pretrial Order.

    IT IS **FURTHER ORDERED** that Plaintiff's Motion for Leave to File Witness and Exhibit List [filed April 6, 2005] is **denied as moot.**

Dated:  July 9, 2005