IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-2073-WDM-PAC

ROBERTA PULSE,
TONYA HOUSE,

      Plaintiffs,

v.

THE LARRY H. MILLER GROUP,

      Defendant.

---

## ORDER ON MOTION FOR RECONSIDERATION

---

Miller, J.

      This matter is before me on Defendant's motion for reconsideration, asking me to review my September 30, 2005 order on Defendant's motion to dismiss or for summary judgment.  Plaintiffs oppose the relief sought.

      The Federal Rules of Civil Procedure do not recognize a motion for reconsideration.  Because no judgment has entered in this case, Defendant's motion must be construed as a motion for relief from my order pursuant to Rule 60(b).  *See Price v. Philpot*, 420 F.3d 1158, 1167 n.9 (10th Cir. 2005) (motion for reconsideration should be construed either as motion to alter or amend a judgment pursuant to Rule 59(e) or as Rule 60(b) motion for relief from judgment).  Rule 60(b), however, is "not available to allow a party merely to reargue an issue previously addressed by the court when the reargument merely advances new arguments or supporting facts which were available for presentation at the time of the original argument." *FDIC v. United Pacific*

*Ins. Co.*, 152 F.3d 1266, 1272 (10th Cir. 1998) (quoting *Cashner v. Freedom Stores, Inc.*, 98 F.3d 572, 577 (10th Cir. 1996)).

Here, Defendant merely restates its position from the motion to dismiss or for summary judgment and relies on affidavits available to me when I issued my order. Further, Plaintiffs now present evidence, attached to their response, showing that Defendant, or an entity with the same name, is authorized to transact business in Utah.

Accordingly, it is ordered that the motion for reconsideration, filed October 14, 2005, is denied.

DATED at Denver, Colorado, on October 20, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge