IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   03-cv-02073-WDM-PAC

ROBERTA PULSE,
TONYA HOUSE,

    Plaintiff(s),

v.

THE LARRY H. MILLER GROUP,

    Defendant.
_____

**ORDER**
_____

This matter is before me on Defendant Larry H. Miller Group's Motion to Correct Clerical Errors which points out that the court has also fallen prey to the confusion of names in this matter.  As the motion points out, the judgment incorrectly refers to Larry H. Miller Corporation in the caption and in the ultimate order.  Further, minute entries routinely and erroneously referred to the defendant as the Larry H. Miller Corporation rather than the Larry H. Miller Group.  This court's numerous errors should be corrected.

Accordingly, it is ordered:

1. An amended judgment shall enter identifying the appropriate defendant as the Larry H. Miller Group in the caption and in the last paragraph of the judgment.

2. All court minutes referring to the defendant as the Larry H. Miller Corporation,

Larry H. Miller Corp. or any other possible variation of that name as a defendant shall be deemed to be Larry H. Miller Group.

DATED at Denver, Colorado, on February 1, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge