IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-02073-WDM-PAC

ROBERTA PULSE,
TONYA HOUSE,

    Plaintiff,

v.

THE LARRY H. MILLER GROUP,

    Defendant(s).

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Jury trial (5 days) will begin **June 19, 2006, at 8:30 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.  The trial preparation conference will be held **June 9, 2006, at 3:30 p.m.**

    The motion to enforce court's order to set trial date (doc. #279) is moot.  The motion for extension of time to file jury instructions (Doc. #198) is moot.

Dated: February 17, 2006

                                          s/ Jane Trexler, Secretary/Deputy Clerk