IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02073-WDM-PAC

ROBERTA PULSE,
TONYA HOUSE,

      Plaintiff(s),

v.

THE LARRY H. MILLER GROUP,

      Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that Defendant's Motion to Correct Courtroom Minutes and Amended Courtroom Minutes Dated May 26, 2006 (doc. 340) is granted. The Second Amended Courtroom Minutes/Minute Order will contain the changes requested in the motion and will include those deadlines set at the May 26, 2006 hearing, but which were not reflected in the Courtroom Minutes/Minute Order or in the Amended Courtroom Minutes/Minute Order for that date.

June 6, 2006