IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-02073-WDM-PAC

ROBERTA PULSE,
TONYA HOUSE,

    Plaintiff,

v.

THE LARRY H. MILLER GROUP,

    Defendant(s).
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendant's motion for leave to take videotape deposition is granted.

Dated: June 7, 2006

                                                      s/ Jane Trexler, Secretary/Deputy Clerk