IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-02073-WDM-PAC

ROBERTA PULSE,
TONYA HOUSE,

    Plaintiff,

v.

THE LARRY H. MILLER GROUP,

    Defendant(s).

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    For the reasons stated on the record at the June 9, 2006 trial preparation conference:

1. The Amended Judgment issued February 2, 2006, is vacated.

2. The Motion for Judgment NOV, filed February 7, 2006 (Docket No. 287), is denied without prejudice.

3. The Motion to Dismiss, filed March 3, 2006 (Docket No. 298), is denied.

4. The Motion to Expedite, filed April 10, 2006 (Docket No. 311), is denied as moot.

5. The Motion to Continue Trial, filed June 5, 2006 (Docket No. 341), is denied.

Dated: June 12, 2006

                                      s/ Jane Trexler, Secretary/Deputy Clerk