**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks        Date: January 11, 2007
Court Reporter: Janet Coppock                Time: one hour

**CASE NO.  03-cv-02073-WDM-PAC**

Parties                                      Counsel

**ROBERTA PULSE and**                        Kimberlie Ryan
**TONYA HOUSE,**                             Whitney Traylor

       Plaintiffs,

vs.

**THE LARRY H. MILLER CORP.,**               Raymond Martin
                                             Kimberly Smiley
       Defendant.

**TRIAL PREPARATION CONFERENCE**

**8:40 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter set for 7-day jury trial, commencing on January 22, 2007.  Counsel advised they are first set and should be prepared to proceed.

Discussion regarding damage testimony, front and back pay and if those issues should be decided by the jury or the Court.

Page Two
03-cv-02073-WDM
January 11, 2007

**ORDERED:** Counsel shall submit their positions on whether testimony should be excluded on the issues of front and back pay and the mitigation issue in this trial, to be determined by the Court if the plaintiffs are successful by **January 16, 2007.**

Court and counsel discuss pending pretrial matters, including jury selection of 7, exhibits, witnesses, and voir dire.

Mr. Ryan maintains her objections to defendant's late disclosures.

**ORDERED:** Counsel shall submit a joint exhibit list, numbered sequentially without attribution, indicating which exhibits are stipulated by **January 16, 2007.**

**ORDERED:** Defendant's Motion in Limine to Exclude Heritage Bank Information (**Doc # 325**), filed 6/1/06 is **DENIED as MOOT.**

**ORDERED:** Defendant's Motion in Limine to Exclude Kelly's Investigations (**Doc #326**) filed 6/1/06 is **DENIED as MOOT.**

**ORDERED:** Defendant's Motion in Limine Number One (**Doc #328**), filed 6/3/06 is **DENIED as MOOT.**

**ORDERED:** Defendant's Motion in Limine Number Two (**Doc #329**), filed 6/3/06 is **DENIED as MOOT.**

**ORDERED:** Defendant's Motion in Limine Number Three (**Doc #330**), filed 6/3/06 is **DENIED as MOOT.**

**ORDERED:** Defendant's Motion in Limine Number Four (**Doc #331**), filed 6/3/06 is **DENIED as MOOT.**

**ORDERED:** Defendant's Motion in Limine Number Five (**Doc #332**), filed 6/3/06 is **DENIED as MOOT.**

**ORDERED:** Defendant's Motion in Limine Number Six (**Doc #333**), filed 6/3/06 is **DENIED as MOOT.**

**ORDERED:** Defendant's Motion in Limine Number Seven (**Doc#334**), filed 6/3/06 is **DENIED as MOOT.**

**ORDERED:** Defendant's Motion in Limine Number Eight (**Doc #335**), filed 6/3/06 is **DENIED as MOOT.**

Page Two
03-cv-02073-WDM
January 11, 2007

**ORDERED:** Defendant's Motion in Limine Number Nine (**Doc #336**), filed 6/3/06 is **DENIED as MOOT.**

**ORDERED:** Defendant's Motion in Limine Number Ten (**Doc#337**), filed 6/3/06 is **DENIED as MOOT.**

**ORDERED:** Defendant's Motion in Limine Number Eight (**Doc #338**), filed 6/3/06 is **DENIED as MOOT.**

**ORDERED:** Defendant's Unopposed Motion in Limine Number One (**Doc #424**), filed 12/22/06 is **GRANTED.**

**ORDERED:** Defendant's Unopposed Motion in Limine Number Three (**Doc #426**), filed 12/22/06 is **GRANTED.**

**ORDERED:** Defendant's Unopposed Motion in Limine Number Four (**Doc #427**), filed 12/22/06 is **GRANTED.**

**ORDERED:** Defendant's Motion in Limine Number Five (**Doc #430**), filed 12/22/06 is **GRANTED WITHOUT PREJUDICE.**

**ORDERED:** Defendant's Unopposed Motion in Limine Number Six (**Doc #431**), filed 12/22/06 is **GRANTED.**

**ORDERED:** Defendant's Motion in Limine Number Seven (**Doc #433**), filed 12/22/06 is **GRANTED.**

**ORDERED:** Defendant's Motion in Limine Number Eight (**Doc #434**), filed 12/22/06 is **DENIED WITHOUT PREJUDICE.**

**ORDERED:** Defendant's Motion in Limine Number Nine (**Doc #435)**, filed 12/22/06 is **GRANTED** with regard to the comparative expense and **DENIED** with regard to the issue of punitive damages.

**ORDERED:** Defendant's Unopposed Motion in Limine Number Ten (**Doc #436**), filed 12/22/06 is **GRANTED.**

> **ORDERED:** Defendant's Motion in Limine Number Eleven (**Doc #445**), filed 12/22/06 is **GRANTED.**

Page Three
03-cv-02073-WDM
January 11, 2007

**ORDERED:** Defendant's Motion in Limine Number Seven (**Doc #453**), filed 12/22/06 is **GRANTED.**

**ORDERED:** Counsel shall submit proposed jury instruction as to what has been previously determined in the first trial by **January 16, 2007.**

Court and counsel discuss defendant's objections to Judge Coan's July 18, 2006 order modifying the scheduling order. Objections are overruled.

**ORDERED:** Plaintiff's counsel shall initiate a telephone conference at **1:30 p.m on February 18, 2007**, to address any pending pretrial matters.

**9:40 a.m.    COURT IN RECESS**

**Total in court time:        60 minutes**

**Hearing concluded**