# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks    Date: January 18, 2007
Court Reporter: Janet Coppock             Time: 47 minutes

**CASE NO. 03-cv-02073-WDM-PAC**

<u>Parties</u>                               <u>Counsel</u>

**ROBERTA PULSE and**                     Kimberlie Ryan
**TONYA HOUSE,**                          Whitney Traylor

       Plaintiffs,

vs.

**THE LARRY H. MILLER CORP.,**            Raymond Martin
                                          Kimberly Smiley

       Defendant.

## FURTHER TRIAL PREPARATION CONFERENCE

**1:33 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

Court and counsel discuss pending pretrial matters.

**ORDERED:** Front and back pay issues will be determined by the Court.

Discussion addresses counsel's objections to jury instructions.

Page Two
03-cv-02073-WDM-PAC
January 18, 2007

**ORDERED:** Counsel shall provide the Court with Kelly Eyen's deposition with instructions as to what pages should be reviewed regarding plaintiffs' first motion in limine.

**ORDERED:** Plaintiff Tonya House's Motion in Limine (**Doc #438**), filed 12/22/06 is **GRANTED in PART and DENIED in PART** as stated on the record.

**ORDERED:** Defendant's Motion in Limine Number Two (**Doc #425**), filed 12/22/06 is **GRANTED.**

Court and counsel discuss Judge Miller's Trial Procedures.

**2:20 p.m.     COURT IN RECESS**

**Total in court time:        47  minutes**

**Hearing concluded**