IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   03-cv-02073-WDM-PAC

ROBERTA PULSE,
TONYA HOUSE,

     Plaintiff(s),

v.

THE LARRY H. MILLER GROUP,

     Defendant.
_____

**ORDER**
_____

     This matter is before me on the defendant's Motion to Reopen Deposition of Plaintiff Roberta Pulse, limited to three hours, to address matters relevant to her back pay claim and mitigation of her damages occurring after original deposition on May 26, 2004.  Defendant also seeks to inquire concerning the plaintiff's responsibilities at Kelly's International Sales and her involvement in a press release and distribution of the same.  Plaintiffs oppose the motion.

     Given the passage of time and the uncertainty of plaintiff Pulse's employment or business activities since her original deposition, as well as the apparent absence of any supplemental disclosures by plaintiff Pulse pursuant to Fed. R. Civ. P. 26(e), reopening discovery will likely lead to relevant evidence.  Although hearing on this matter is imminent and plaintiffs oppose the motion, I cannot conclude that plaintiff will be prejudiced, particularly since defendant volunteers to pay her travel expense to

Denver or alternatively, to travel to Montana for the deposition.  Defendant had previously sought this discovery in anticipation of these issues but was denied the opportunity prior to trial.  Under these circumstances, particularly with an apparent need of the defendant to obtain information concerning plaintiff Pulse's employment status and history since the last deposition, there is good cause to reopen the deposition.  *See SIL-FLO, Inc. v. SFHC, Inc.* 917 F.2d 1507, 1514 (10th Cir. 1990).

The deposition shall be limited in time to no more than three hours and in scope to cover only the plaintiff's occupational activities.  The request to inquire concerning plaintiffs and their counsel's apparent self-congratulatory communications, even if distasteful, are not relevant to the issues of plaintiff Pulse's occupational activities before this court.

It is therefore ordered as follows:

1.  Defendant may take up to a three-hour deposition of plaintiff Roberta Pulse, limited to her occupational activities since May 26, 2004.

2.  If the parties cannot agree as to the time, place and manner of deposition, the deposition shall be taken in Denver, March 29, 2007, at 9:00 a.m. and the hearing shall be postponed until Monday, April 2, 2007.

DATED at Denver, Colorado, on March 19, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge