IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   03-cv-02073-WDM-PAC

ROBERTA PULSE,
TONYA HOUSE,

     Plaintiff(s),

v.

THE LARRY H. MILLER GROUP,

     Defendant.

_____

**ORDER**
_____

     This matter is before me on the Defendant's Motion for Clarification of my March

19, 2007 Order.  My order has plain meaning and Defendant's motion is denied as

baseless.

     DATED at Denver, Colorado, on March 23, 2007.

                   BY THE COURT:


                   s/ Walker D. Miller
                   United States District Judge