IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-02073-WDM-PAC

ROBERTA PULSE,
TONYA HOUSE,

    Plaintiff,

v.

THE LARRY H. MILLER GROUP,

    Defendant(s).

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER

    The following Minute Order is entered by Judge Walker D. Miller:

    Doc. Nos. 409, 437, 439 and 487 are denied as moot.

Dated: June 13, 2007

                                                    s/ Jane Trexler, Judicial Assistant