IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 03-cv-02073-WDM-KLM

ROBERTA PULSE AND
TONYA HOUSE,

    Plaintiffs,

v.

THE LARRY H. MILLER GROUP,

    Defendant.

## NOTICE OF DISMISSAL

The court takes judicial notice that the parties have filed a Stipulated Motion for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2).  Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on August 17, 2009

                        BY THE COURT:

                        s/ Walker D. Miller
                        United States Senior District Judge